UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

TONISHA ALECIA MOORE,

    Defendant.

Case No.  2:22-cr-00030-JAM

**ORDER FOR TEMPORARY
RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

 This is to authorize and direct you to release  TONISHA ALECIA MOORE, Case

No.  2:22-cr-00030-JAM , Charge 18 U.S.C. § 3606, from custody for the following

reasons:

 \_\_\_\_\_ Release on Personal Recognizance

 \_\_\_\_\_ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

    (Other): The defendant is ordered temporarily released from custody

  X at 10:00 a.m. on September 21, 2022, to the custody of Mr. Anthony

    Moore, and is further ordered to surrender herself to the El Dorado

    County Jail no later than 6:00 p.m. that same day.

Issued at Sacramento, California on September 20, 2022 at 7:57 a.m.

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE