FILED
9/27/2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONISHA ALECIA MOORE,

        Defendant.

Case No.  2:22-cr-00030 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL

This is to authorize and direct you to release TONISHA ALECIA MOORE - Case No. 2:22-cr-00030 JAM; Charge 18 U.S.C. § 3606 - from custody for the following reasons:

   ____ Release on Personal Recognizance

   ____ Bail Posted in the Sum of $

   ____ Unsecured Appearance Bond $

   ____ Appearance Bond with 10% Deposit

   __X__ Other:  Defendant sentenced to a term of imprisonment of TIME SERVED.  Defendant shall be released from federal custody on 9/28/2022 at 9:00 AM for entry into the New Directions in-patient recovery drug program in Stockton, California by 5:00 PM on the same day.

Issued at Sacramento, California on 9/27/2022 at 9:45 AM.

_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE